245 S (Rev. 10/97) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Western District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ELDA JUANITA REGALADO | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>**M-09-1757**<br><br>Case Number: 1:98:CR:135-01<br><br>Roberto J. Yzaguirre<br>Defendant's Attorney |

**THE DEFENDANT:**
- ■ pleaded guilty to Count One.
- ☐ was found guilty on count(s) ** after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count, which involves the following offenses:

| Title & Section | Date Offense Concluded | Count Number(s) |
|---|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1) | October 31, 1997 | One |

**Nature of Offense:**

Conspiracy to Possess With Intent to Distribute and Distribute Marijuana

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s) **, and is discharged as to such count(s).
- ☐ Count(s) ** (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence: August 25, 1999

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: August 17, 1961
US Marshal's No.: 80948-079

Defendant's Address:
208 Grand Oak Drive, Rio Grande City, TX 78582

DATED: AUG 26 1999

HON. GORDON J. QUIST
U.S. DISTRICT JUDGE

Certified as a True Copy
Ronald C. Weston, Sr., Clerk
By _____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **one hundred fifty-one (151) months.**

■ The court makes the following recommendations to the Bureau of Prisons:

The defendant be permitted to participate in the 500 Hour Intensive Drug Treatment Program.
The defendant be incarcerated in a facility near her home in Texas.

■ The defendant is remanded to the custody of the United States marshal.
☐ The defendant shall surrender to the United States marshal for this district
    ☐ at ** a.m./p.m. on **.
    ☐ as notified by the United States marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
    ☐ before 2 p.m. on **.
    ☐ as notified by the United States marshal.
    ☐ as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

_____ Defendant delivered on _____ to _____
_____, with a certified copy of this judgment.

                                                      United States Marshal

                                                      By

                                                      Deputy Marshal

---

**ACKNOWLEDGEMENT OF CONDITIONS**

I have read or have had read to me the conditions of supervision set forth in this judgment and I fully understand them. I have been provided a copy of them.

I understand that upon finding of a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

_Elda Regalado_     9/9/09
Defendant                  Date

_Celine D. Barrera_     9/9/09
United States Probation Officer    Date

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of four (4) years. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions of supervision, and shall comply with the following additional conditions:

>The defendant shall not unlawfully possess a controlled substance and shall refrain from unlawful use of a controlled substance.

>The defendant shall not possess a firearm, destructive device or other dangerous weapon.

>The defendant shall submit to one drug test within 15 days after being placed on supervision and at least two periodic tests thereafter within 60 days.

>The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

>The defendant shall provide the probation officer with access to any requested financial information.

>The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer 15 days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 10/97) Sheet 5, Part A - Criminal Monetary Penalties

Judgment--Page 4 of 6
Defendant: ELDA JUANITA REGALADO
Case Number: 1:98:CR:135-01

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100.00 | $5,000.00 | $n/a |

## FINE

The above fine includes the costs of imprisonment.

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties and delinquency pursuant to 18 U.S.C.§ 3612(g).

The court has determined that the defendant does not have the ability to pay interest. It is ordered that:
- ■ The interest requirement is waived.
- ☐ The interest requirement is modified as follows: **

## RESTITUTION

    ☐ The determination of restitution is deferred until _____. An amended Judgment in a Criminal Case will be entered after such determination.

    ☐ The defendant shall make restitution to the following payees in the amounts listed below.
       If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage column below.

Restitution payments shall be made payable to: Clerk, U.S. District Court and mailed to 452 Federal Building, 110 Michigan, N.W., Grand Rapids, MI 49503, or any divisional U.S. District Court Clerk's office, for disbursement to the following victim(s):

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; and (2) fine.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A. ■ In full immediately; or

B. ☐ $_____ immediately, balance due (in accordance with C, D, or E); or

C. ☐ not later than _____; or

D. ☐ in installments to commence _____ days after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E. ☐ in _____ (e.g., equal, weekly, monthly, quarterly) installments of $_____ over a period of _____ year(s) to commence _____ days after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed. Special instructions regarding the payment of criminal monetary penalties:

☐ Joint and Several

☐ The defendant shall pay the cost of prosecution.
☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of the criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary payments are to be made as directed by the court, the probation officer or the United States attorney.