UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION



98 AUG 13 PM 4: 27

-------------------

M-09-1757

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELDA JUANITA REGALADO,
HECTOR BLANCO,
HECTOR BLANCO, JUNIOR,
RICARDO OLIVO VALDEZ, a/k/a "Richard", and
MARIA ENEDINA VALDEZ, a/k/a "Nina",

    Defendants.
_____/

No.   1:98-CR-135

Hon.   Gordon J. Quist

INDICTMENT

The Grand Jury charges:

## Count 1

From in or about May of 1997, to in or about October of 1997, in the Western District of Michigan, Southern Division, and elsewhere,

    ELDA JUANITA REGALADO,
    HECTOR BLANCO,
    HECTOR BLANCO, JUNIOR,
    RICARDO OLIVO VALDEZ, a/k/a "Richard" and
    MARIA ENEDINA VALDEZ, a/k/a "Nina",

defendants herein, did knowingly, willfully and unlawfully combine, conspire, confederate and agree together, and with each other, and with other persons known and unknown to the grand jury, to possess with intent to distribute and distribute marijuana, a schedule I controlled substance, in violation of Title 21, United States Code, section 841(a)(1).

## Means and Methods

The purpose of the conspiracy was to make money from the illegal sale and distribution of marijuana.

It was part of the conspiracy that ELDA JUANITA REGALADO, a resident of Texas, would sell and supply, on consignment, significant quantities of marijuana to Ricardo Borrego, of Lansing, Michigan, for further sale and distribution in the Lansing, Michigan area.

It was also part of the conspiracy that HECTOR BLANCO, HECTOR BLANCO, JUNIOR, RICARDO OLIVO VALDEZ, a/k/a "Richard", MARIA ENEDINA VALDEZ, a/k/a "Nina", and other individuals, would assist ELDA JUANITA REGALADO in the transportation of marijuana from Texas to Michigan, and/or the transportation of money from the sale of this marijuana back to Texas.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)

A TRUE BILL

_____
Grand Jury Foreperson

MICHAEL H. DETTMER
United States Attorney

_____
JOHN C. BRUHA (P24211)
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan  49501-0208
(616) 456-2404