CGB/tvp   #017753

# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF   __TEXAS__
McAllen Division

UNITED STATES OF AMERICA

V.                                              **JUDGMENT IN A CRIMINAL CASE**

Case Number: M-09-1757-01

ELDA JUANITA REGALADO
208 Grand Oak Drive
Rio Grande City, TX 78582          __Azalea Aleman, AFPD__
                                    Attorney for Defendant


**THE DEFENDANT ENTERED A PLEA OF:**

[[X] TRUE    [ ] NOT TRUE    [ ] NOLO CONTENDERE] on May 28, 2010, to violation of standard condition #9 of supervision, imposed on August 25, 1999, after the releasee was:

**CONVICTED OF THE OFFENSE(S) OF:** conspiracy to possess with intent to distribute and distribute marijuana, in violation of 21 U.S.C. §§ 846 and 841(a)(1), for which the releasee was sentenced to 151 months imprisonment and a 4 year term of Supervised Release.

**THE COURT FOUND THAT:** the releasee violated standard condition #9 of supervision, in that she associated with a convicted felon or person engaged in criminal activity.

**IT IS THE JUDGMENT OF THIS COURT THAT:** the term of Supervised Release not be revoked, and that the releasee be continued on the original supervised release term imposed on August 25, 1999, under all the terms and conditions previously imposed by the Court, including any special conditions. The Court further orders the following special conditions:

> The defendant shall submit to periodic urine surveillance and/or breath saliva and skin tests for the detection of drug abuse as directed by the probation officer. The defendant will incur costs associated with such detection efforts based on ability to pay as determined by the probation officer.

> The defendant is required to participate in a mental health program as deemed necessary and approved by the probation officer. The defendant will incur costs associated with such program, based on ability to pay as determined by the probation officer.

IT IS FURTHER ORDERED that the clerk of the court deliver a certified copy of this judgment to the United States Marshal of this district.

[ ]   The Court orders commitment to the custody of the U. S. Bureau of Prisons and recommends:

__May 28, 2010__
Date of Imposition of Sentence

*/s/ Randy Crane*
Signature of Judicial Officer

Honorable Randy Crane
U. S. District Judge
Name and Title of Judicial Officer

__July 22, 2010__
Date

**RETURN**

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at
                              Date

_____, the institution designated by the U. S. Bureau of Prisons, with a certified copy of this Judgment in a Criminal Case.

                                                  United States Marshal

                                  By _____
                                           Deputy Marshal